**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                         PLAINTIFF

v.                                              NO. 4:13CR00167-02 JLH

DANIEL GLENN CAPLE                                                                                               DEFENDANT

## ORDER

Defendant Daniel Glenn Caple was previously designated to the Federal Detention Center in Seattle, Washington, for a psychiatric evaluation. The Warden of the facility has now requested a second extension of time in which to conduct the evaluation and submit the report to the Court. Without objection, the second request is granted. The defendant's psychiatric evaluation must be completed no later than June 15, 2014, with the report being sent to the Court and counsel on or before July 1, 2014. The excess time shall be excludable under the provisions of the Speedy Trial Act.

IT IS SO ORDERED this 27th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE