**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                     PLAINTIFF

v.                                         NO. 4:13CR00167-02 JLH

DANIEL GLENN CAPLE                                                                          DEFENDANT

## ORDER

On July 14, 2014, the Court entered an order setting a deadline of July 23, 2014, for counsel for the government or defendant to dispute the findings in the forensic evaluation report, to file a motion for hearing, or motion in opposition to the report, including a concise statement of opposition to the report and supporting authorities.

No opposition to the report has been filed.  Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

IT IS SO ORDERED this 24th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE